IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL HAGAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ACTION COLLECTION SERVICE, INC. and PEAK LAW, LLC,<br><br>　　　　Defendants. | Case No.  20-CV-90-NDF<br><br>**ORDER OF DISMISSAL** |

　　　This matter is before the Court on the parties' Joint Stipulation of Dismissal, filed August 18, 2020 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (CM/ECF Document 32).

　　　The Court recognizes that its approval is not required for a dismissal under Rule 41(a)(1)(A)(ii).  However, for purposes of clarifying the record, the Court will enter an order dismissing this case.  Therefore, IT IS ORDERED that the Plaintiff's claims in the above-captioned matter are DISMISSED WITH PREJUDICE as to the individual claims of Plaintiff against Defendants, and without prejudice to the claims of potential putative class members.  Each party shall pay its own attorney fees and costs.

　　　Dated this   19   day of August, 2020.

　　　　　　　　　　　　　　　　　　　　／s／ Nancy D. Freudenthal
　　　　　　　　　　　　　　　　　　　　NANCY D. FREUDENTHAL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE